IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Laymond

Printed: 12/16/08

Case Number: 05 B 23359
Judge: Hollis, Pamela S
Filed: 6/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 11, 2008
Confirmed: August 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 118,458.33 |  |
| Secured: |  | 54,685.99 |
| Unsecured: |  | 15,343.58 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 4,092.04 |
| Other Funds: |  | 42,642.72 |
| Totals: | 118,458.33 | 118,458.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,694.00 | 1,694.00 |
| 2. | Limits Depot Federal Credit Union | Secured | 0.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 29,758.35 | 29,758.35 |
| 4. | HSBC Mortgage Corp | Secured | 7,665.84 | 7,665.84 |
| 5. | Midfirst Bank | Secured | 9,410.12 | 9,275.12 |
| 6. | HSBC Mortgage Corp | Secured | 7,986.68 | 7,986.68 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,120.00 | 1,120.00 |
| 8. | Honda Finance Services | Unsecured | 4,252.53 | 4,252.53 |
| 9. | RoundUp Funding LLC | Unsecured | 886.24 | 886.24 |
| 10. | Nicor Gas | Unsecured | 1,787.92 | 1,787.92 |
| 11. | Limits Depot Federal Credit Union | Unsecured | 7,296.89 | 7,296.89 |
| 12. | Cardiac Consulting Group | Unsecured |  | No Claim Filed |
| 13. | Sprint PCS | Unsecured |  | No Claim Filed |
|  |  |  | $ 71,858.57 | $ 71,723.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 124.15 |
| 5.5% | 957.41 |
| 5% | 304.63 |
| 4.8% | 543.12 |
| 5.4% | 1,164.74 |
| 6.5% | 735.49 |
| 6.6% | 262.50 |
|  | $ 4,092.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Laymond | Case Number: 05 B 23359 |
| | Judge: Hollis, Pamela S |
| Printed: 12/16/08 | Filed: 6/13/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

